RECEIVED
CHAMBERS
MAR 2 5 2009
JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
In re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

Master File No. 1:00-1898
MDL 1358 (SAS)

-------------------------------------------------------------------- X
This Document Relates To:

**ORDER**

*West Hempstead Water District v. AGIP Inc., et al.*        03 CV10052
*West Hempstead Water District v. Merit Oil Corp., et al.*  08 CV 04290
-------------------------------------------------------------------- X
SHIRA A. SCHEINDLIN, U.S.D.J.:

Plaintiff's request to withdraw its March 17, 2009 Motion to Consolidate the above-captioned matters is hereby granted, with each party bearing its own costs.

The Clerk of Court is directed to close the following motions: Docket # 78 in 03 CV-10052; Docket # 2305 in 00-CV-1898.

**SO ORDERED** this 30 day of March 2009

Hon. Shira A. Scheindlin, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/09